**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA    :    No. 146 EM 2019

                       v.                           :

MALIK SAMUELS                      :

PETITION OF: TODD MOSSER         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2020, in consideration of the Application to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Philadelphia County for that court to determine whether Malik Samuel's present counsel should be permitted to withdraw.

    The Court of Common Pleas of Philadelphia County is DIRECTED to enter its order regarding this remand within 60 days and to promptly notify this Court of its determination.